CHONG, NISHIMOTO, SIA, NAKAMURA,
 & GOYA, A Limited Liability Law Limited Partnership

JEFFREY H. K. SIA          3029-0
DIANE W. WONG            2333-0
1003 Bishop Street, Suite 2500
Honolulu, Hawaii 96813
Telephone No.: (808) 537-6119
E-mail: jeffrey.sia@hawadvocate.com
          diane.wong@hawadvocate.com

Attorneys for Defendant
BEACH CLUB MAUI, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELAINE FERRETTI, | CIVIL NO. CV18-00012 JMS WRP |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES |
| vs. | |
| BEACH CLUB MAUI, INC., JOHN DOES 1-5, JOHN DOE CORPORATIONS 1-5, JOHN DOE PARTNERSHIPS 1-5, ROE NON-PROFIT CORPORATIONS 1-5, AND ROE GOVERNMENTAL AGENCIES 1-5, | Trial Date:  To be rescheduled<br>Trial Judge:  Hon. J. Michael Seabright |
| Defendants. | |

[JHKS#973070]

STIPULATION FOR DISMISSAL WITH PREJUDICE OF
ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED AND AGREED by and between the appearing parties in the above-captioned case, through their respective attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that Plaintiff ELAINE FERRETTI's [#45] Amended Complaint Filed on 6/27/18 and all claims contained therein against Defendant BEACH CLUB MAUI, INC. shall be and hereby are dismissed with prejudice, with each party bearing their own attorney's fees and costs.

There are no remaining claims or parties in this action. Trial was set for 8/13/19, but pursuant to the [#92] EO filed on 5/28/19, the parties were to contact Magistrate Judge Wes Reber Porter for a new trial date and trial-related dates, and a telephonic Further Rule 16 Scheduling Conference was set for 6/18/19 at 9:45 a.m. before Magistrate Judge Reber Porter, per the [#93] EO filed on 5/28/19. However, pursuant to the [#99] EO filed on 6/10/19, all deadlines, hearings, and trial dates were vacated and all pending motions were terminated.

DATED: Wailuku, Maui, Hawaii, June 20, 2019.

    /s/ James Krueger
JAMES KRUEGER
Attorney for Plaintiff
ELAINE FERRETTI

DATED:  Honolulu, Hawaii, June 21, 2019.

   /s/ Jeffrey H. K. Sia
JEFFREY H. K. SIA
DIANE W. WONG
Attorneys for Defendant
BEACH CLUB MAUI, INC.

APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, June 24, 2019.



   /s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

3